# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145594(27)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

                                  SC: 145594

v                                    COA: 307728

                                  Wayne CC: 1995-003838-FH

WILLIAM CRAIG GARRETT,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of the Michigan Innocence Clinic and the American Civil Liberties Union to file an amicus curiae brief is GRANTED. The amicus curiae brief submitted on October 24, 2013, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2013          

                                        Clerk